FILED
January 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:11-CR-00006-WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| EDWARD JAY BORING, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EDWARD JAY BORING</u>, Case No. <u>2:11-CR-00006-WBS</u>, Charge <u>Title 18 USC § 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ <u>50,000</u>

    ✔   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 19, 2011</u> at <u>3:40</u> <u>pm</u>.

By _____
Dale A. Drozd
United States Magistrate Judge