```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    EDWARD BORING
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-006 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| EDWARD BORING, | ) |
| Defendant. | ) Date:  February 7, 2011 |
| | ) Time:  8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Edward Boring, that the status conference scheduled for February 2, 2011, may be continued to March 21, 2011, at 8:30 a.m.

  Defense counsel and Mr. Boring require additional time to review discovery, some of which may be reviewed only on a computer (Mr. Boring, although out of custody, is generally precluded from using a computer by conditions of his pretrial release), to determine what investigation must be done, and to determine whether pretrial motions should be filed.  To afford time to complete these tasks, the parties agree that time under

the Speedy Trial Act should be excluded from the date of this order through the status conference on March 21, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated: February 2, 2011                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for EDWARD BORING


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: February 2, 2011                 /s/ T. Zindel for K. Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to March 21, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: February 7, 2011

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE