DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD BORING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EDWARD BORING,<br><br>        Defendant.<br>_____ | No. 2:11-CR-006 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  April 4, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Edward Boring, that the status conference scheduled for April 4, 2011, may be continued to May 16, 2011, at 8:30 a.m.

    Mr. Boring is presently in custody in San Joaquin County on state charges, the outcome of which is likely to bear heavily on the pending federal indictment. Those charges require substantial investigation and will likely be pending for several months before trial is scheduled. Defense counsel met with Mr. Boring and his state attorney earlier this week and also spoke to counsel for the United States. Both parties agree that the federal case should await defense investigation of the state

1  charges and that additional time is needed to investigate all charges and
2  to consider the possibility of resolving one of more of the cases without
3  trial.  Accordingly, the parties agree that the status conference set for
4  April 4 should be continued to May 16, 2011, and that time under the
5  Speedy Trial Act should be excluded from the date of this order through
6  May 16, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local
7  Code T4).

                                                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 31, 2011     /s/ T. Zindel
                          TIMOTHY ZINDEL
                          Assistant Federal Defender
                          Attorney for EDWARD BORING


                          BENJAMIN B. WAGNER
                          United States Attorney

Dated: March 31, 2011     /s/ T. Zindel for K. Reardon
                          KYLE REARDON
                          Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 16, 2011, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: March 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                               3