```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD BORING
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-006 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| EDWARD BORING, | |
| Defendant. | Date:  May 16, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Edward Boring, that the status conference scheduled for May 16, 2011, may be continued to July 18, 2011, at 8:30 a.m.

Mr. Boring remains in state custody in Stockton pending trial. The outcome of that case is likely to bear directly on negotiations in the federal case. The parties have agreed, for now, to await further progress of that case. Accordingly, the parties agree that the status conference set for May 16, 2011 should be continued to July 18, 2011, and that time under the Speedy Trial Act should be excluded from the date of

this order through July 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 12, 2011          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for EDWARD BORING


BENJAMIN B. WAGNER
United States Attorney

Dated: May 12, 2011          /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 18, 2011, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: May 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE