**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
JUN 27 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
v. ) CR NO: 2:11-0006-WBS
 )
MAURICE LAVELL SMITH )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   ☒ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee: **MAURICE LAVELL SMITH**

Detained at (custodian): **Oregon State Penitentiary**

Detainee is: a.) ☒ charged in this district by:
   ☒ Indictment ☐ Information ☐ Complaint
   Charging Detainee With: **18 U.S.C. § 2250 (a) - Failure to Register as a Sex Offender**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: **MICHELLE PRINCE (916) 554-2758**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

  ☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith,* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 6-27-2011
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 6694010 | DOB: | 08/25/1966 |
| Facility Address: | Oregon State Penitentiary | Race: | African |
| | 2605 State Street, Salem, OR, 97310 | FBI #: | 242843DA4 |
| Facility Phone: | 503-378-2453 | | |
| Currently Incarcerated For: | ORS 181.599: Failure to Register as a Sex Offender | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                (Signature)

Form Crim-48                     Revised 11/19/97