DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD BORING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-006 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| EDWARD BORING, ) | |
| ) | |
| Defendant. ) | Date:  July 18, 2011 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Edward Boring, that the status conference scheduled for July 18, 2011, may be continued to August 1, 2011, at 8:30 a.m.

   Mr. Boring remains in state custody in Stockton pending trial. The outcome of that case is likely to bear directly on negotiations in the federal case. The parties have agreed, for now, to await further progress of that case. Accordingly, the parties agree that the status conference set for July 18, 2011 should be continued to August 1, 2011, and that time under the Speedy Trial Act should be excluded from the date

of this order through July 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 14, 2011          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for EDWARD BORING


                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: July 14, 2011          /s/ T. Zindel for K. Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 1, 2011, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE