1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) CR. 2:11-CR-006 WBS
                                   )
12            Plaintiff,           )
                                   )
13       v.                        ) **STIPULATION AND [~~PROPOSED~~] ORDER**
                                   ) **CONTINUING STATUS CONFERENCE**
14 EDWARD JAY BORING,              )
                                   ) Time: 9:30 a.m.
15            Defendant.           ) Date: Monday, October 17,2011
                                   ) Court: Hon. William B. Shubb
16                                 )
                                   )
17 ──────────────────────────────  )

18      The parties request that the status conference currently set

19 for Monday, October 17, 2011, at 9:30 a.m., be continued to

20 Monday, November 14, 2011, at 9:30 a.m., and stipulate that the

21 time beginning October 17, 2011, and extending through November

22 14, 2011, should be excluded from the calculation of time under

23 the Speedy Trial Act.  18 U.S.C. § 3161.

24      The defendant is currently held in San Joaquin County jail

25 pending his trial on multiple counts of sexual molestation.

26 Resolution of the federal trial will be affected by the results

27 of the state proceeding.

28

                                   1

In addition, Defense Counsel is currently unavailable due to medical issues.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to allow the current state court proceeding to conclude, 18 U.S.C. § 3161(h)(1)(B); and to permit continuity of counsel, id. at (7)(B)(iv).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 14, 2011      By:   _/s/ Kyle Reardon_____
                                  KYLE REARDON
                                  Assistant U.S. Attorney

DATED: October 14, 2011      By:   _/s/ Kyle Reardon_ for_____
                                  TIMOTHY ZINDEL
                                  Attorney for the Defendant

2

**<u>ORDER</u>**

The status conference in case number 2:11-CR-006 WBS, currently set for Monday, October 17, 2011, at 9:30 a.m., is continued to Monday, November 14, 2011, at 9:30 a.m., and the time beginning October 17, 2011, and extending through November 14, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161.  The additional time is necessary to allow the current state court proceeding to conclude, 18 U.S.C. § 3161(h)(1)(B); and to permit continuity of counsel, <u>id.</u> at (7)(B)(iv).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:  October 14, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE