DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD BORING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-006 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| EDWARD BORING, ) | |
| ) | |
| Defendant. ) | Date:  November 14, 2011 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Edward Boring, that the status conference scheduled for November 14, 2011, may be continued to February 27, 2012, at 8:30 a.m.

　　　Mr. Boring is pending trial in San Joaquin County on charges related to those pending in this Court, charges that were filed after he was ordered released in this district. Because the outcome of that trial (now set for February) will directly affect the case pending in this Court, the parties have agreed to trail the state court case. Accordingly, the parties ask the Court to order time excluded under the Speedy Trial Act,

18 U.S.C. § 3161(h)(1)(B), from the date of this order through February 27, 2011 because of delay resulting from trial with respect to other charges against the defendant.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: November 10, 2011                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for EDWARD BORING


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: November 10, 2011                /s/ T. Zindel for K. Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to February 27, 2012, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: November 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE