```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD BORING
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 2:11-CR-006 WBS |
|                                   ) | |
|             Plaintiff,            ) | |
|                                   ) | **STIPULATION AND ORDER** |
|     v.                            ) | **CONTINUING STATUS CONFERENCE** |
|                                   ) | **AND EXCLUDING TIME** |
| EDWARD BORING,                    ) | |
|                                   ) | |
|             Defendant.            ) | Date:  February 27, 2012 |
|                                   ) | Time:  9:30 a.m. |
| _____   ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Edward Boring, that the status conference scheduled for February 27, may be continued to April 30, 2012, at 9:30 a.m.

   Mr. Boring is pending trial in San Joaquin County on charges related to those pending in this Court, charges that were filed after he was ordered released in this district. Because the outcome of that trial (now set for July 2012) will directly affect resolution of the case pending in this Court, the parties have agreed to trail the state court case. Accordingly, the parties ask the Court to order time excluded

1  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(B), from the date of
2  this order through April 30, 2012, because of delay resulting from trial
3  with respect to other charges against the defendant.

4                                        Respectfully submitted,
                                         DANIEL J. BRODERICK
5                                        Federal Defender

6

7  Dated: February 22, 2012              /s/ T. Zindel
                                         TIMOTHY ZINDEL
8                                        Assistant Federal Defender
                                         Attorney for EDWARD BORING
9

10                                       BENJAMIN B. WAGNER
                                         United States Attorney
11

12 Dated: February 22, 2012              /s/ T. Zindel for K. Reardon
                                         KYLE REARDON
13                                       Assistant U.S. Attorney

14

15                                **O R D E R**

16     The status conference is continued to April 30, 2012, at 9:30 a.m.
17 Time under the Speedy Trial Act is excluded through that date for the
18 reasons stated above and by agreement of the parties, the court finding
19 that the ends of justice to be served by a continuance outweigh the best
20 interests of the defendant and the public in a speedy trial.
21     IT IS SO ORDERED.

22

23 Dated:  February 22, 2012

24                         _____
25                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
26

27

28

Stip. & Order                      2