1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   EDWARD BORING

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,    ) No. 2:11-CR-006 WBS
                                )
14             Plaintiff,       )
                                ) **STIPULATION AND ORDER**
15     v.                       ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
16 EDWARD BORING,               )
                                )
17             Defendant.       ) Date: April 30, 2012
                                ) Time: 9:30 a.m.
18 _____) Judge: Hon. William B. Shubb

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Edward Boring, that the status conference
22 scheduled for April 30 may be continued to August 13, 2012, at 9:30 a.m.
23     Mr. Boring is pending trial in San Joaquin County on charges related
24 to those pending in this Court, charges that were filed after he was
25 ordered released in this district.  Trial is set for late July and the
26 parties expect it to proceed.  Because the outcome of that trial will
27 directly affect resolution of the case pending in this Court, the parties
28 have agreed to trail the state court case.  Accordingly, the parties ask

the Court to order time excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(B), from the date of this order through August 13, 2012, because of delay resulting from trial with respect to other charges against the defendant.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated: April 25, 2012               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for EDWARD BORING


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: April 25, 2012               /s/ T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to August 13, 2012, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the delay results from trial with respect to other charges against the defendant.

IT IS SO ORDERED.

Dated:  April 26, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE